ACCEPTED
01-14-00796-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 3:16:18 PM
CHRISTOPHER PRINE
CLERK

## Nos. 01-14-00796-CR & 01-14-00797-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 3:16:18 PM
CHRISTOPHER A. PRINE
Clerk

———◆———

## Nos. 1379141 & 1413756

In the 338th District Court
Of Harris County, Texas

———◆———

## GARRY FULLER

*Appellant*

V.

## THE STATE OF TEXAS

*Appellee*

———◆———

## STATE'S SECOND MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE APPELLATE BRIEF

———◆———

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1. In cause number 1379141, appellant was convicted for the offense of sexual assault of a child and sentenced to life confinement. In cause number 1413756, appellant was convicted for the offense of sexual assault of a child and sentenced to life confinement.

2. Appellant filed written notice of appeal on September 18, 2014.

3. Appellant filed his brief on October 16, 2015.

4. The State's reply brief is due on December 16, 2015.

5. The State seeks an extension until December 28, 2015, to file its brief.

6. This is the State's second request for an extension in this case.

7. The State's brief was efiled today.

8. The following facts are relied upon to show good cause for the requested extension:

   My completion of this brief was delayed by my completion of three other appellate briefs during the past month.

2

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Dan McCrory

**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 274-5826
TBC No. 13489950
    mccrory_daniel@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that I requested that a copy of this document be served on appellant's lawyer via TexFile at the following email address:

Mark W. Bennett
Attorney at Law
mb@ivi3.com

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 274-5826
TBC No. 13489950

Date:  December 28, 2015